IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) Chapter 13 |
| PAUL & ALICE PAK, | ) Case No. 12-26742 |
| | ) Judge: GOLDGAR |
| Debtor(s). | ) |

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Glenn Stearns, Chapter 13 Trustee: mcguckin_m@lisle.com

*To the following persons or entities who have been served via U.S. Mail & Certified U.S. Mail:*
See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at North Branch Court, 1792 Nicole Lane, Round Lake Beach, IL 60073, and present the attached **Motion Modify the Chapter 13 Plan Post-Confirmation,** at which time and place you may appear.

JUDGE:      GOLDGAR
DATE:       July 8, 2016
TIME:       9:30 AM

## PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Christine H. Clar, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE: June 17, 2016        /s/ Christine H. Clar
                                       Christine H. Clar, A.R.D.C. #6202332
                                       Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100

*To the following persons or entities who have been served via U.S. Mail:*

Paul & Alice Pak
1926 N. Olympic Drive
Vernon Hills, IL  60061

Five Lakes Agency, Inc.
JP Morgan Chase Bank
P.O. Box 80730
Rochester, MI  48308

JP Morgan Chase Bank, National Association
1111 Polaris Parkway
Columbus, OH  43240

JP Morgan Chase, Attn: James Dimon
270 Park Ave., NY1-K224
New York, NY  10017


*To the following persons or entities who have been served via certified USPS mail:*


JP Morgan Chase
c/o CT Corporation System
208 LaSalle St., Ste. 814
Chicago, IL  60604

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | Chapter 13 |
| PAUL & ALICE PAK, ) | Case No. 12-26742 |
| ) | Judge: GOLDGAR |
| Debtor(s). ) | |

## DEBTOR'S MOTION TO MODIFY
## THE CHAPTER 13 PLAN POST-CONFIRMATION

NOW COMES, THE DEBTORS, PAUL & ALICE PAK, by and through their attorneys, David M. Siegel & Associates, LLC, to present this Motion, and in support thereof states as follows:

1) Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2) On July 3, 2012, the Debtors filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on October 19, 2012. That Glenn Stearns was appointed Trustee in this case.

3) The Debtors' Confirmed Chapter 13 plan provides in Section G.2, "Any claim for the junior lien of JP Morgan Chase Bank, or its successors or assigns, shall be treated as an unsecured claim for the purposes of the Chapter 13 plan. Upon discharge under Section 1328 of the title 11 U.S.C., the lien of JP Morgan Chase Bank, or its successors or assigns, shall be void, and JP Morgan Chase Bank, and its successors or assigns, shall file a release of the lien within 30 days of discharge with the appropriate recorder of deeds. This Chapter 13 plan, the order confirming the Chapter 13 plan, and the discharge order taken together shall be sufficient to void the lien of JP Morgan Chase Bank, or it's successors or assigns, and when recorded shall have that effect."

4) That the Debtors are not entitled to a discharge because of their Chapter 7 bankruptcy (10-03498) filed January 29, 2010, and discharged May 13, 2010. The order denying discharge as granted on September 14, 2012.

5) That Debtors believe that they are entitled to a release of lien without the discharge order.

6) Debtors propose to remove the current Section G.2 language, and replace it with, "Due to the lack of equity in debtors' primary residence located at 1926 N. Olympic Drive, Vernon Hills, IL  60061, JP Morgan Chase Bank, or its successors and assigns will be paid as an unsecured creditor. JP Morgan Chase Bank, or its successors and assigns shall retain its junior lien on debtors' real property until the earlier of:  1) the payment of the underlying debt under non-bankruptcy law; or 2) the completion of this bankruptcy (12-26742), at which time the lien shall be deemed released.

7) The proposal is made in good faith and without the intent to defraud creditors.

WHEREFORE, the Debtors, pray that this Honorable Court enter an Order to Modify the Chapter 13 Plan, and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ David M. Siegel
David M. Siegel, A.R.D.C. #6207611
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100